**A. E. STALEY MANUFACTURING COM-
PANY, Plaintiff-Appellant,**

v.

**PORTO RICO LIGHTERAGE COMPANY
and The TUG CATANO, her engines,
etc., Defendant-Appellee.**

**No. 30035.**

United States Court .of Appeals,
Fifth Circuit.

Jan. 28, 1971.

John W. Hamilton, H. Barton Wil-
liams, New Orleans, La., for plaintiff-
appellant; Deutsch Kerrigan & Stiles,
New Orleans, La., of counsel.

James B. Kemp, Jr., Edward J. Bran-
dao, Phelps, Dunbar, Marks, Claverie &
Sims, New Orleans, La., for defendant-
appellee.

1. *See* NLRB v. Amalgamated Clothing
Workers of America, 430 F.2d 966 (5th
Cir. 1970).

Before GODBOLD, CLARK and IN-
GRAHAM, Circuit Judges.

PER CURIAM:

Affirmed.   See Local Rule 21.[1]